JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pablo Jagbhej Candelaria, ) | Case No. **CV 14-9914-JFW** |
| ) | CR12-387 JFW |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to this Court's January 16, 2015 Order denying Petitioner Pablo Jagbhej Candelaria's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

If Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v.*

*Cockrell*, 537 U.S. 322(2003); *Williams v. Woodford*, 384 F.3d 567 (9th Cir. 2004).

Dated: January 16, 2015

                                        JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE